# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GREGORY L. McCONNELL,** | : | **CIVIL ACTION NO. 1:10-CV-259** |
| Plaintiff | : | |
| | : | (Judge Conner) |
| v. | : | |
| | : | |
| **KEVIN D. FEORENE, THOMAS E.** | : | |
| **TOTH, and CORRECTIONS** | : | |
| **CORPORATION OF AMERICA,** | : | |
| Defendants | : | |

-----------------------------------------------------------------------

| | | |
|---|---|---|
| **KAHLIL ADAMS, KEITH** | : | **CIVIL ACTION NO. 1:10-CV-2317** |
| **SCUTCHINGS and TYRONE** | : | |
| **PAYTON,** | : | (Judge Conner) |
| Plaintiffs | : | |
| | : | |
| v. | : | |
| | : | |
| **KEVIN FEORENE, THOMAS TOTH** | : | |
| **and CORRECTIONS CORPORATION** | : | |
| **OF AMERICA NORTHEAST OHIO** | : | |
| **CORRECTIONAL CENTER,** | : | |
| Defendants | : | |

## **O R D E R**

AND NOW, this 10th day of November, 2010, upon consideration of the Motion of Defendants, Kevin D. Feorene, Thomas E. Toth and Corrections Corporation of America, to Consolidate and Reset Case Management Deadlines (Doc. 23), filed in Docket No. 1:10-CV-259, it is hereby ORDERED that said Motion is GRANTED and that:

1. The above-captioned cases are CONSOLIDATED for all purposes.

2. The Clerk of Court is instructed to CONSOLIDATE the case docketed as Civil Action No. 1:10-CV-2317 into the case docketed as Civil Action No. 1:10-CV-259 and to CLOSE the case docketed as Civil Action No. 1:10-CV-2317.

3. All future documents filed in this consolidated case shall be filed under the case docketed as Civil Action No. 1:10-CV-259.

4. A telephone conference to reset the case management deadlines is scheduled for **Thursday, November 18, 2010, at 1:30 p.m.**

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge